UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KELLY S. COOLIDGE,       )<br>      Plaintiff,       )<br>                              )<br>   vs.                        )<br>                              )<br>CONSOLIDATED CITY OF   )<br>INDIANAPOLIS AND MARION   )<br>COUNTY,                  )<br>      Defendant.       ) | 1:06-cv-1388-SEB-TAB |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.  Each party shall bear its own costs.  IT IS SO ORDERED.

Date: _____06/12/2007_____

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Richard L. Darst
COHEN GARELICK & GLAZIER
rdarst@fed-law.com

Allison Wells Gritton
OFFICE OF CORPORATION COUNSEL
agritton@indygov.org

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org